FILED
2009 Oct-06 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JIMMY N. HUGHES, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 7:08-CV-01627-LSC |
| | ] | |
| LHR, INC., | ] | |
| | ] | |
| Defendants. | ] | |

ORDER

The Court has been advised that the above-entitled case has been settled.  Therefore, this cause is DISMISSED with prejudice.  Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order.  Costs are taxed as paid.

Done this 6th day of October 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE